## Sarah Holbrook v. Zenas G. Winsor.

*Costs: Counsel fee where several suits abide the event of one.* Where by stipulation it is agreed that five suits in chancery against the same defendant, all involving the same questions, pending in this court and on the docket for hearing, should be submitted on one brief, and should all abide the decision of one, upon a reversal of the decree below, the complainant in each suit is entitled to tax as costs therein a counsel fee, as upon argument, together with the actual disbursements in such suit.—*Chapaton v. Butler, 18 Mich., 337.*

*Heard and decided July 9.*

Motion for retaxation of costs.

This cause and four others, with different complainants, against the same defendant, all involving the same questions, were pending in this court at the same time, and a stipulation was entered into, that but one brief should be printed and furnished, and that all of said causes should be submitted upon that one brief, and that all should abide the event of the one in which said brief was furnished; and said causes were all submitted upon one brief, furnished in the case of *Charles H. Holbrook v. Zenas G.*

*Winsor*, and upon the decision of that case, the decree below in each of said causes was reversed. The complainant, in each of said five cases, taxed as costs a counsel fee of thirty dollars in each case, as upon argument, together with the actual disbursements therein.

*Ransom & McReynolds*, for the motion, insisted that the counsel fee should be but fifteen dollars in each case, as in cases disposed of without argument.

*D. C. Holbrook*, contra, cited: *Chapaton v. Butler, 18 Mich., 337.*

THE COURT held that the case of *Chapaton v. Butler, 18 Mich., 337,* was decisive of the question, and denied the motion for retaxation.